```
1   KENNETH G. EADE (SBN 93774)
    keneade@gmail.com
2   LAW OFFICE OF KENNETH G. EADE
    6399 Wilshire Blvd., Suite 507
3   Los Angeles, CA  90048
    Tel:  (323) 782-8802
4   Fax:  (323) 704-3539
5
6   Attorney for Plaintiff
                                                            JS-6
7   STEVEN D. KARBELNIG (SBN 143632)
    sdk@rme-law.com
8   RANDOLPH M. EVEN & ASSOCIATES
    5550 Topanga Canyon Boulevard, Suite 280
9   Woodland Hills, CA  91367
    Tel:  (818) 226-5444 ext. 102
10  Fax:  (818) 226-5455
11
    Attorney for Defendant
12
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IZAK ENGELBRECHT,<br><br>        Plaintiff,<br><br>  v.<br><br>VERIZON CALIFORNIA, INC., a California corporation, et al.,<br><br>        Defendants. | Case No. 2:12-cv-6371 JGB (DTBx)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Date:      N/A<br>Time:     N/A<br>Courtroom: 790, 255 E. Temple St.<br>Judge:    Hon. Jesus G. Bernal |
|---|---|

- 1 -

(PROPOSED) ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be and is hereby dismissed with prejudice, with each party bearing his/its own respective attorney's fees and costs.

DATED: 1/18/13                    /S/ JESUS G. BERNAL

                                  U.S. DISTRICT COURT JUDGE